```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 13408
   GLENN O WHITLOCK
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8602


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/08/2005 and was confirmed 08/10/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  47.18% from remaining funds.

    The case was paid in full 04/25/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
OVERLAND BOND & INVESTME  UNSECURED          9125.25          .00         4305.02
CORPORATE AMERICA CREDIT  UNSECURED          1088.10          .00          513.37
BEAL BANK SSB             UNSECURED          2999.43          .00         1415.04
CARPET CORNER             UNSECURED         NOT FILED         .00             .00
CITIFINANCIAL MORTGAGE    UNSECURED         NOT FILED         .00             .00
CITIFINANCIAL MORTGAGE    UNSECURED         NOT FILED         .00             .00
CITIFINANCIAL MORTGAGE C  NOTICE ONLY       NOT FILED         .00             .00
CITY OF CHICAGO           UNSECURED         NOT FILED         .00             .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY       NOT FILED         .00             .00
CITY OF CHICAGO WATER DE  UNSECURED         NOT FILED         .00             .00
CITY OF CHICAGO PARKING   UNSECURED          4100.00          .00         1934.26
CITY OF CHICAGO WATER DE  UNSECURED         NOT FILED         .00             .00
CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED         .00             .00
COOK COUNTY TREASURER     UNSECURED         NOT FILED         .00             .00
FIRST PREMIER BANK        UNSECURED         NOT FILED         .00             .00
PREMIER BANCARD CHARTER   NOTICE ONLY       NOT FILED         .00             .00
BOWMAN HEINTZ BOSCIA & M  UNSECURED         NOT FILED         .00             .00
GEMB JCPENNY              UNSECURED         NOT FILED         .00             .00
ECAST SETTLEMENT CORP     UNSECURED           285.00          .00          134.45
NBGL CARSONS              UNSECURED         NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED OTH      7809.00          .00          780.90
RESURGENT ACQUISITION LL  UNSECURED           274.72          .00          129.60
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED         .00             .00
ASSOCIATED CREDITORS EXC  UNSECURED         NOT FILED         .00             .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED         .00             .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT       194.00          .00          194.00
PRAMCO II LLC             FILED LATE         2563.00          .00             .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                          709.36
DEBTOR REFUND             REFUND                                           220.00

    Summary of Receipts and Disbursements:

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 13408 GLENN O WHITLOCK
```

```
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   13,036.00

PRIORITY                                            194.00
SECURED                                                .00
UNSECURED                                         9,212.64
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                                709.36
DEBTOR REFUND                                       220.00
                         ---------------    ---------------
TOTALS                    13,036.00              13,036.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/11/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 13408 GLENN O WHITLOCK